MONRO-KING & GREMMELS REALTY CORPORATION, Plaintiff, v. GUARANTEED PLUMBING AND STEAM HEATING CORPORATION and Fifteen Other Lienor Defendants, Respondents, Impleaded with IRVING I. LEWINE and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES J. McHUGH, as President of Good Shepherd Athletic Club, etc., Appellant, v. EDWARD P. MULROONEY, Individually and as Police Commissioner of the Police Department of the City of New York, and Others, Respondents.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of ANNA CHRISTINE NORMAN BOOTH, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [138 Misc. 381.]

MAURICE N. HYMAN, Appellant, v. WILLIAM AVEDON and HATTIE AVEDON, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GOTHAM MUSIC SERVICE, INC., and MILLS MUSIC, INC., Respondents, v. DENTON AND HASKINS MUSIC PUBLISHING Co., INC., Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH GOODMAN, Appellant, v. WISE SHOES, INC., and GOLDEN RULE SHOES, INC., Respondents, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUISE ROCHE BURBANK, Respondent, v. KATHERINE BOYLE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUISE ROCHE BURBANK, Respondent, v. KATHERINE BOYLE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Estate of ELIZA or ELIZABETH BRENNAN, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [140 Misc. 469.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING BERNSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

KALEEL A. TEEN, Respondent, v. JOSEPH A. MANDOUR, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JENNIE COCHRANE, Respondent, v. MARY JOYCE, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,665.50; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

---

* Revd., 258 N. Y. 321.          † Revd., 259 N. Y. 86.